08-3744-cv
Grabauskas v. CIA

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 0.23 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV), THE PARTY CITING THE SUMMARY ORDER MUST FILE AND SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED. IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of December, two thousand nine.

PRESENT:
>        REENA RAGGI,
>        PETER W. HALL,
>                *Circuit Judges*,
>        BRIAN M. COGAN,[*]
>                *District Judge*.

------------------------------------------------------------

ANELE R. GRABAUSKAS,
>        *Plaintiff-Appellant*,

>        v.                                                  No. 08-3744-cv

CENTRAL INTELLIGENCE AGENCY,
>        *Defendant-Appellee*.

------------------------------------------------------------

---

[*] District Judge Brian M. Cogan of the United States District Court for the Eastern District of New York, sitting by designation.

FOR APPELLANT:                    Anele R. Grabauskas, *pro se*, Ridgewood, New York.

FOR APPELLEES:                    Benton J. Campbell, United States Attorney for the Eastern District of New York, Zachary A. Cunha and Varuni Nelson, Assistant United States Attorneys, Brooklyn, New York.

Appeal from a judgment of the United States District Court for the Eastern District of New York (Nina Gershon, *Judge*).

UPON DUE CONSIDERATION IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the district court is AFFIRMED.

Plaintiff Anele R. Grabauskas, pro se, appeals from the sua sponte dismissal of her complaint without leave to amend. We assume the parties' familiarity with the facts and the record of prior proceedings, which we reference only as necessary to explain our decision to affirm.

We review de novo a district court's sua sponte dismissal of a complaint. See Shakur v. Selsky, 391 F.3d 106, 112 (2d Cir. 2004). Upon such review, we conclude, substantially for the reasons stated by the district court, that Grabauskas's complaint so plainly "lacks an arguable basis either in law or in fact" that it was properly dismissed sua sponte without allowing further pleading. Neitzke v. Williams, 490 U.S. 319, 325 (1989); see also Fitzgerald v. First East Seventh St. Tenants Corp., 221 F.3d 362, 364 (2d Cir. 2000). Even when read with the "special solicitude" due pro se pleadings, Triestman v. Fed. Bureau of Prisons, 470 F.3d 471, 474-75 (2d Cir. 2006) (internal quotation marks omitted), the

2

complaint fails "to state a claim to relief that is plausible on its face," <u>Bell Atl. Corp. v. Twombly</u>, 550 U.S. 544, 570 (2007); <u>see also</u> <u>Ashcroft v. Iqbal</u>, 129 S. Ct. 1937, 1949 (2009); <u>Livingston v. Adirondack Beverage Co.</u>, 141 F.3d 434, 437 (2d Cir. 1998) (observing that dismissal is proper where allegations are "product of delusion or fantasy" (internal quotation marks omitted)). Moreover, because there is no reason to think that a valid claim might be stated, denial of leave to amend was appropriate. <u>See</u> <u>Cuoco v. Moritsugu</u>, 222 F.3d 99, 112 (2d Cir. 2000).

We have considered Plaintiff's other arguments on appeal and conclude that they are without merit. Accordingly, the judgment of the district court is hereby AFFIRMED.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

By:_____

3